UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE' GARCIA,

          Plaintiff,

      v.

K. GRETHER, et al.,

          Defendants.

Case No. 16-cv-04424-JST (PR)

**ORDER OF TRANSFER**

Plaintiff, a prisoner at High Desert State Prison ("HDSP"), has filed a pro se complaint under 42 U.S.C. § 1983.  The acts complained of in this action occurred at HDSP, which is located in Lassen County in the Eastern District of California.  Venue, therefore, properly lies in the Eastern District and not in this one.  See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk shall transfer this matter and terminate all pending motions as moot.

     IT IS SO ORDERED.

Dated: August 11, 2016

_____
JON S. TIGAR
United States District Judge