1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10     JOSE GARCIA,                              No.  2:16-cv-1915 CKD P

11                    Plaintiff,

12            v.                                 ORDER

13     K. GRETHER, et al.,

14                    Defendants.

15

16            Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has requested

17     appointment of counsel.  The court cannot *require* an attorney to represent a plaintiff who cannot

18     pay for the attorney's services.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).

19     However, under the federal in forma pauperis statute, 28 U.S.C. § 1915, the court may *request*

20     that an attorney represent a person unable to afford counsel.  28 U.S.C. § 1915(e)(1).  The court

21     will make that request only when there are exceptional circumstances.  When determining

22     whether "exceptional circumstances" exist, the court considers, among other things, plaintiff's

23     likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro

24     se in light of the complexity of the legal issues involved.  Palmer v. Valdez, 560 F.3d 965, 970

25     (9th Cir. 2009).  While the court is aware of the difficulties attendant to litigating an action while

26     incarcerated, circumstances common to most prisoners do not establish "exceptional

27     circumstances."

28     /////

1    In the present case, the court does not find the required exceptional circumstances at this

2  stage of these proceedings.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for

3  the appointment of counsel (ECF No. 18) is denied.

4  Dated:  January 3, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
garc1915.31

2